**No. 46710.**—Protest 69707–K of Lanz of Salzburg (New York).

Opinion by OLIVER, P. J.   It was stipulated that the wool hats in question are similar in all material respects to the finished hats the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   In accordance therewith the claim at 50 cents per pound and 50 percent ad valorem under paragraph 1115(a) was sustained.

**No. 46711.**—Protests 972370–G, etc., of F. W. Myers & Co., Inc. (Ogdensburg).

Opinion by WALKER, J.   It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391).   In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported.   The protests were sustained to that extent.

BEFORE THE THIRD DIVISION, DECEMBER 19, 1941

**No. 46712.**—Protest 68266–K of Sterling Linens, Inc. (New York).

Opinion by CLINE, J.   In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty as claimed.

**No. 46713.**— Protest 71341–K of Jordan Marsh Co. (Boston).

Opinion by CLINE, J.   In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty as claimed.

**No. 46714.**—Protest 71419–K of Q. W. Lung Co. (Boston).

Opinion by CLINE, J.   In view of Abstract 45762 and stipulation of counsel that the ginger is not composed in chief value of manufactured sugar it was held that the tax is not applicable.